IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 0:17-cv-61339

SREAM, INC., a California Corporation,

       Plaintiff,

v.

SMOKE THIS TOO, LLC, a Florida
Limited Liability Corporation

       Defendants,
_____/

**PLAINTIFF'S EXHIBIT LIST**

The Plaintiff, SREAM, INC. a California Corporation, by and through its undersigned counsel, hereby serves its Exhibit List, as follows:

**Exhibits**

1. Plaintiff's First Request for Production of Documents and all received documents. – A, H, R,C, R, P, UP, I, Improper disclosure of exhibits in that specific exhibits are not identified.

2. Plaintiff's First Set of Requests for Admissions and all received responses. – I

1. Plaintiff's First Request for Responses to Interrogatories and all received responses. – I

2. All photographs taken by the Private Investigator. – A, R, non-disclosure

3. The Investigator's Report. – H

4. The Product purchased at the Defendant's store by Investigator. – A, R.

5. Authentic ROOR water pipe manufactured by the Plaintiff, for comparison to water pipe purchased at the Defendant's store. – A, R, UP, non-disclosure

6. Videos of Authentic ROOR Product. – A, R, UP, I, non-disclosure.

7. All Exhibits by the Defendant listed in its Exhibit List, or produced by the Defendant in support of its case, to which the Plaintiff does not object. – A, R H, UP, I, P .

Dated: March 20, 2018

Respectfully submitted,

/s/ Jamie Alan Sasson_____
Jamie Alan Sasson
Florida Bar No.: 10802
Serv513@LegalBrains.com
Serv555@LegalBrains.com
**THE TICKTIN LAW GROUP, PLLC.**
270 SW Natura Avenue
Deerfield Beach, Florida 33441-1610
Telephone: (954) 570-6757
Facsimile: (954) 570-6760

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 20th day of March, 2018, with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all Parties listed on the Service List.

/s/ Jamie Alan Sasson_____
Jamie Alan Sasson

## SERVICE LIST

Kenneth L. Minerley
Ashley Williams
**MINERLEY FEIN, P.A.**
ken@minerleyfein.com
ashley@minerleyfein.com
litigation@minerleyfein.com
fileclerk@minerleyfein.com
1200 North Federal Highway, Suite 420
Boca Raton, FL 33432
Phone: 561-362-6699
Fax: 561-447-9884
Counsel for the Defendant

Jamie Alan Sasson
**THE TICKTIN LAW GROUP, PLLC.**
Serv513@LegalBrains.com
Serv555@LegalBrains.com
270 SW Natura Avenue
Deerfield Beach, Florida 33441-1610
Telephone: (954) 570-6757
Facsimile: (954) 570-6760
Counsel for the Plaintiff